IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>GABRIEL F. HERNANDEZ,<br>Defendant. | CRIMINAL NO. 20-339(PAD) |

THE UNITED STATES OF AMERICA'S
MOTION REQUESTING STATUS CONFERENCE

TO THE HONORABLE COURT:

COMES NOW the United States of America by and through the undersigned attorney and before this Honorable Court very respectfully states and prays as follows:

Defendant Gabriel Hernandez was Indicted in this case on October 14, 2020. ECF No. 3. Upon arrest, an initial appearance, arraignment, and bail hearing was held on October 21, 2020 and pre-trial conditions of release were ordered. ECF Nos. 8 and 10.

After discovery was produced, Defendant filed a serious of dispositive motions on June 22, 2021. See ECF Nos. 41-48. The United States opposed the motions, which have been briefed since September 2021. See ECF Nos. 52, 61-68. The motions to dismiss remain pending, and no hearing has been held since October 21, 2020.

The United States requests that this Honorable Court schedule a Status Conference.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on July 2, 2025.

W. Stephen Muldrow
United States Attorney


*/S/ Seth A. Erbe*
Seth A. Erbe
USDC # 220807

<div style="text-align: right;">
Assistant United States Attorney  
United States Attorney's Office  
Torre Chardón, Suite 1201  
350 Carlos Chardón Street  
San Juan, Puerto Rico 00918  
Email: seth.a.erbe@usdoj.gov  
Tel. (787) 766-5656  
</div>

<div style="text-align: center;"><u>CERTIFICATE OF SERVICE</u></div>

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<div style="margin-left: 50%;">
<u>*/S/ Seth A. Erbe*</u>  
Seth A. Erbe  
USDC # 220807
</div>