IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>GABRIEL F. HERNANDEZ,<br>Defendant. | CRIMINAL NO. 20-339(PAD) |

MOTION REQUESTING CLARIFICATION

TO THE HONORABLE COURT:

COMES NOW the United States of America by and through the undersigned attorney and before this Honorable Court very respectfully states and prays as follows:

Earlier today, this Honorable Court set a Status Conference for July 27, 2025 at 9:30am. ECF No. 77. That date, July 27, 2025, is a Sunday when the courthouse is scheduled to be closed.

The United States respectfully requests clarification of the date for the Status Conference to determine there was a typographical error or the Court intends to hold the conference on that Sunday.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on July 10, 2025.

W. Stephen Muldrow
United States Attorney


*/S/ Seth A. Erbe*
Seth A. Erbe
USDC # 220807
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Email: seth.a.erbe@usdoj.gov
Tel. (787) 766-5656

-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/S/ Seth A. Erbe*
Seth A. Erbe
USDC # 220807