# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CRIM. NO. 20-339 (PAD) |
| GABRIEL F. HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## GOVERNMENT'S MOTION FOR TRIAL DATE

TO THE HONORABLE COURT:

COMES NOW the United States respectfully moves this Court for an Order setting a peremptory trial date in this case. In support thereof, the United States submits the following to the Court:

1. On October 14, 2020, a grand jury returned an indictment against defendant Gabriel F. Hernandez ("Hernandez"). Dkt. No. 3. Hernandez was charged with ten counts of wire fraud, in violation of 18 U.S.C. §§ 1343 and 2. *Id.* at ¶ 14. Hernandez remains free on a $250,000 bond.

2. On November 5, 2020, the Government provided defense counsel with discovery in this case. The Court denied Hernandez's motions to dismiss on July 9, 2025 (Dkt. No. 76) and set a status conference for the parties on July 28, 2025. Dkt. No. 79.

3. The government respectfully requests that the Court—at the parties' status conference—set a peremptory trial date for trial in this matter. Setting a peremptory trial date will enable the government to execute the procedures to secure the attendance of necessary witnesses for trial.

4. Moreover, setting a date certain will permit the parties to inform witnesses who reside outside of the District when they need to make themselves available for trial, and in preparation for testifying at trial. Given the distance that several of the witnesses will have to travel, significant advance notice of a certain trial date is necessary to enable them to make appropriate and reasonable travel arrangements.

**WHEREFORE**, for the reasons set forth above, the United States respectfully and move this Court to set a peremptory trial date.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of July, 2025, in San Juan, Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will notify counsel of record.

W. STEPHEN MULDROW
United States Attorney

  s/ Seth A. Erbe
SETH A. ERBE
USDC-PR No. 220807
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
Tel. (787) 766-5656
seth.a.erbe@usdoj.gov