**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>GABRIEL HERNANDEZ,<br>    Defendant. | CRIM. NO. 20-339 (PAD) |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

Comes now GABRIEL HERNANDEZ, through the undersigned counsel, and respectfully states and prays:

The parties hereby inform the Court that they have reached an agreement without the need for further proceedings. Upon completion of the terms of the agreement in 12 months, the government will move to dismiss the pending charges with prejudice. The government has reviewed this motion and agrees with its contents.

**WHEREFORE**, the parties respectfully pray this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED**.

At San Juan, Puerto Rico, this 8th day of August, 2025

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Francisco Rebollo Casalduc*
U.S.D.C. # 205603
P.O. Box 195571
San Juan, Puerto Rico, 00919
Tel. 787-765-0505
rebollolaw@gmail.com

2