### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>         v.<br><br>GABRIEL HERNANDEZ,<br>   Defendant. | CRIM. NO. 20-339 (PAD) |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

Comes now GABRIEL HERNANDEZ, through the undersigned counsel, and respectfully states and prays:

The appearing party respectfully requests, pursuant to Standing Order No. 9, to file the accompanying motion under the restriction of "Selected Parties" for reasons which are explained in footnote 1 of the motion.

**WHEREFORE**, the defense prays this Honorable Court grant the above.

**RESPECTFULLY SUBMITTED**.

At San Juan, Puerto Rico, this 8th day of January, 2026

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Francisco Rebollo Casalduc*
U.S.D.C. # 205603
P.O. Box 195571
San Juan, Puerto Rico, 00919

Tel. 787-765-0505
rebollolaw@gmail.com